# Vincent Espinoza

| | |
|---|---|
| **From:** | Allison Brouk <a.brouk@kanner-law.com> |
| **Sent:** | Thursday, February 13, 2020 4:16 PM |
| **To:** | Vincent Espinoza; Petrosinelli, Joe; NMDml_Judge Riggs's Chambers nmd.uscourts.gov |
| **Cc:** | Allan Kanner; ckhoury@nmag.gov; Lili Petersen; wgrantham@nmag.gov; christopher.atencio@state.nm.us; jennifer.hower@state.nm.us; david.mitchell@usdoj.gov; shari.howard@usdoj.gov; eileen.mcdonough@usdoj.gov; erica.zilioli@usdoj.gov; cdesaillan@nmelc.org; dmeiklejohn@nmelc.org; mlondon@douglasandlondon.com; pnapoli_napolilaw.com; ssummy@baronbudd.com; fthompson@motleyrice.com; molsen@mayerbrown.com; bduffy@duffyandyoung.com; david.dukes@nelsonmullins.com |
| **Subject:** | RE: State of New Mexico v. United States, Case No. 1:19-cv-00178-KWR-JFR |
| **Attachments:** | 2.13.2020 Letter from Plaintiffs to Judge Riggs.pdf |

All,

Please see the attached letter to Judge Riggs sent on behalf of the State of New Mexico and the New Mexico Environment Department, plaintiffs in this matter.

Respectfully,

Allison Brouk
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA
(504) 524-5777

---

**From:** Vincent Espinoza <Vincent_Espinoza@nmd.uscourts.gov>
**Sent:** Thursday, February 13, 2020 12:37 PM
**To:** Petrosinelli, Joe <JPetrosinelli@wc.com>; NMDml_Judge Riggs's Chambers nmd.uscourts.gov <RiggsChambers@nmd.uscourts.gov>
**Cc:** Allan Kanner <a.kanner@kanner-law.com>; Allison Brouk <a.brouk@kanner-law.com>; ckhoury@nmag.gov; Lili Petersen <e.petersen@kanner-law.com>; wgrantham@nmag.gov; christopher.atencio@state.nm.us; jennifer.hower@state.nm.us; david.mitchell@usdoj.gov; shari.howard@usdoj.gov; eileen.mcdonough@usdoj.gov; erica.zilioli@usdoj.gov; cdesaillan@nmelc.org; dmeiklejohn@nmelc.org; mlondon@douglasandlondon.com; pnapoli_napolilaw.com <pnapoli@napolilaw.com>; ssummy@baronbudd.com; fthompson@motleyrice.com; molsen@mayerbrown.com; bduffy@duffyandyoung.com; david.dukes@nelsonmullins.com
**Subject:** RE: State of New Mexico v. United States, Case No. 1:19-cv-00178-KWR-JFR

Good Morning, Counsel:

In response to your joint letter (*dated February 11, 2020*) and the e-mail from Mr. Petrosinelli (*dated Tuesday, February 11, 2020 at 5:51 p.m.*), please find attached an e-filed copy of the Notice of Consent to Transfer signed by the Honorable Kea W. Riggs consenting to the transfer of your case to the U.S. Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407.

Please be advised that you may file a motion and submit a proposed stipulated order should you need the Court to take further action to facilitate transfer of your case.

Please do not hesitate to contact me if you have additional questions or concerns.

Very Respectfully,

*Vincent D. Espinoza*

Judicial Assistant to U.S. District Judge Kea W. Riggs
U.S. District Court, District of New Mexico
Phone: (505) 348-2351
E-mail: Vincent_Espinoza@nmd.uscourts.gov

---

**From:** Petrosinelli, Joe <JPetrosinelli@wc.com>
**Sent:** Tuesday, February 11, 2020 5:51 PM
**To:** NMDml_Judge Riggs's Chambers nmd.uscourts.gov <RiggsChambers@nmd.uscourts.gov>
**Cc:** a.kanner@kanner-law.com; a.brouk@kanner-law.com; ckhoury@nmag.gov; e.petersen@kanner-law.com; wgrantham@nmag.gov; christopher.atencio@state.nm.us; jennifer.hower@state.nm.us; david.mitchell@usdoj.gov; shari.howard@usdoj.gov; eileen.mcdonough@usdoj.gov; erica.zilioli@usdoj.gov; cdesaillan@nmelc.org; dmeiklejohn@nmelc.org; mlondon@douglasandlondon.com; pnapoli_napolilaw.com <pnapoli@napolilaw.com>; ssummy@baronbudd.com; fthompson@motleyrice.com; molsen@mayerbrown.com; bduffy@duffyandyoung.com; david.dukes@nelsonmullins.com
**Subject:** State of New Mexico v. United States, Case No. 1:19-cv-00178-KWR-JFR

Dear Judge Riggs – please see the attached letter regarding the above matter sent on behalf of co-lead counsel for both plaintiffs and defendants in the MDL titled *In re: Aqueous Film-Forming Foam Products Liability Litigation*, MDL No. 2873, pending in U.S District Court for the District of South Carolina before Judge Richard M. Gergel.  I have copied all counsel of record in the above matter.

Respectfully,

Joe Petrosinelli

**Joseph Petrosinelli**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5547 | (F) 202-434-5029
jpetrosinelli@wc.com | www.wc.com/jpetrosinelli

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or

taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.